THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Emmet Tyrone Kelley,       
Appellant.
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2005-UP-076
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Emmet Tyrone Kelley was convicted 
 for armed robbery and possession of a weapon during the commission of a violent 
 crime.  He received concurrent sentences of twenty years in prison on the armed 
 robbery charge and five years in prison on the charge of possession of a firearm 
 during the commission of a violent crime.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Kelleys counsel attached a petition to be relieved.  Appellant 
 did not file a pro se response and the State did not file a respondents 
 brief.    

After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.   
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.